PD-0870-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 7/10/2015 5:00:30 PM
Accepted 7/15/2015 2:37:52 PM
ABEL ACOSTA
CLERK

PD-0870-15

NO. _____

IN THE TEXAS COURT OF CRIMINAL APPEALS

_____

# STEPHEN GLEN LIMBAUGH
*Appellant*

**v.**

# THE STATE OF TEXAS
*Appellee*

_____

FROM THE FIFTH COURT OF APPEALS
CAUSE NO. 05-13-01437-CR

ON APPEAL FROM CRIMINAL DISTRICT COURT NO. 2
DALLAS COUNTY, TEXAS
TRIAL COURT NO. F12-21347-I
THE HONORABLE DON ADAMS PRESIDING

**APPELLANT'S MOTION FOR EXTENSION
OF TIME TO FILE PETITION FOR DISCRETIONARY REVIEW**

FILED IN
COURT OF CRIMINAL APPEALS

July 15, 2015

ABEL ACOSTA, CLERK

BRUCE ANTON
State Bar No. 01274700
ba@sualaw.com

SORRELS, UDASHEN & ANTON
2311 Cedar Springs, Suite 250
Dallas, Texas 75201
(214) 468-8100 (office)
(214) 468-8104 (fax)

Attorney for Appellant

1

COMES NOW, STEPHEN GLEN LIMBAUGH, Appellant herein, and moves this court to issue an extension of time to file his petition for discretionary review, and in support thereof would show the court as follows:

I.

The opinion of the Fifth Court of Appeals in cause number 05-13-01437-CR, affirming the convictions, was rendered on June 12, 2015.

II.

The numbers and style of the case in the District Court is No. F12-21347-I, *State of Texas v. Stephen Glen Limbaugh.*

III.

Appellant was convicted of burglary of a habitation and sentenced to ten years imprisonment.

IV.

The present deadline for filing the petition for discretionary review in this matter is July 12, 2015.

V.

No extensions of time to file the brief were previously requested.

VI.

The reason for this request is that during the last few weeks counsel has been working on the following:

**APPELLANT'S MOTION FOR EXTENSION OF TIME TO FILE PETITION FOR DISCRETIONARY REVIEW - PAGE 2**

1. Petition for Writ of Habeas Corpus and Memorandum in Support in *Isaac Soria Lopez v. Brad Livingston, Director,* in the United States District Court for the Northern District of Texas - Midland Division.

2. Reply to State's Response to Application for Writ of Habeas Corpus in *Ex Parte Charles Atterbury,* case no. W401-80045-08-HC in the 401st Judicial District Court of Collin County, Texas.

3. Appellant's Reply Brief in *Ex Parte Micah Tutton*, case no. 10-14-00360-CR in the Tenth Court of Appeals of Texas.

4. Appellee's Petition for Discretionary Review in *State of Texas v. Mark Twain Simpson,* case no. PD-0599-15 in the Texas Court of Criminal Appeals.

5. Petitioner's Reply Brief in *Robert William Cornwell v. State of Texas*, case no. PD-1501-14 in the Texas Court of Criminal Appeals.

WHEREFORE, PREMISES CONSIDERED, Appellant requests this court to grant an extension of time to file his petition for discretionary review until August 11, 2015.

RESPECTFULLY SUBMITTED,

/s/ Bruce Anton
BRUCE ANTON
Texas State Bar No. 01274700
SORRELS, UDASHEN & ANTON
2311 Cedar Springs #250
Dallas, Texas 75201
(214) 468-8100
(214) 468-8104 (fax)
ba@sualaw.com

## CERTIFICATE OF SERVICE

I do hereby certify that a true and correct copy of the above entitled motion for extension of time was electronically served to the Appellate Division of the Dallas County District Attorney's Office  and to the State Prosecuting Attorney on this 10th day of July, 2015.

/s/ Bruce Anton
BRUCE ANTON